STATE v. MIDYETTE

No. 577A87.

Case below: 87 N.C. App. 199.

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 2 December 1987.

STATE v. SANDERS

No. 519P87.

Case below: 87 N.C. App. 178.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 December 1987.

STATE v. SUGGS

No. 565P87.

Case below: 86 N.C. App. 588.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 2 December 1987.

STATE v. WALL

No. 621P87.

Case below: 87 N.C. App. 621.

Petition by defendant for writ of supersedeas and temporary stay denied 8 December 1987.

STATE v. WATSON

No. 504P87.

Case below: 85 N.C. App. 173.

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 2 December 1987.